**Order filed April 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00927-CV
_____

### KIMBERLY WOODFORK, Appellant

### V.

### BANK OF AMERICA, Appellee

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1018590**

## ORDER

On April 1, 2013, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

Accordingly, we order appellant's brief filed April 1, 2013, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate

Procedure **on or before April 22, 2013,** of the date of this order. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM

Panel consists of Justices Boyce, Jamison and Busby.